## FARRISS v. READER.

No. 7680.    Opinion Filed December 7, 1915.

(153 Pac. 682.)

**TITLE TO OFFICE.** Reversed and remanded upon the authority of **Reader v. Farriss, ante,** p. 459, 153 Pac. 678.

(Syllabus by the Court.)

Sharp, J., dissenting.

*Error from District Court, McClain County;*
*W. M. Bowles, Assigned Judge.*

Action by Frank Farriss against Mark Reader. Judgment for defendant, and plaintiff brings error. Reversed and remanded, with directions.

*Dorset Carter,* for plaintiff in error.

*Franklin & Mauldin* and *P. S. Nagle,* for defendant in error.

KANE, C. J.   This controversy presents the same questions involved in cause No. 7575, *Reader v. Farriss, ante,* p. 459, 153 Pac. 678, in which the opinion has just been handed down.

This was a proceeding instituted by the plaintiff in error in the former case, plaintiff below, who was also dissatisfied with the judgment of the trial court, holding that neither party was entitled to the office of sheriff and declaring the same to be vacant.

For the reasons stated in the former opinion, the judgment herein is also reversed and remanded, with directions to proceed as directed in the former opinion.

All the Justices concur, except SHARP, J., who delivers an opinion expressing his views.  See, *ante*, p. 466, 153 Pac. 680.